AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

FILED
Charlotte
Oct 04 2021
U.S. District Court
Western District of N.C.

## Return

| Case No.: 3:21-mj-234 | Date and time warrant executed: enter date 09-28-21 / 10:45 | Copy of warrant and inventory left with: Tameka Lee |
|---|---|---|

Inventory made in the presence of : -DEA TFO J. Hendrick, HSI TFO Brad Myers
-8045 Shiny Meadow Lane, Charlotte, NC-

Inventory of the property taken and name of any person(s) seized:

1) Food-Lion, Red, Re-usable Grocery bag
2) CPB w/ 2 rocks cocaine
3) 14 individual CPBs containing cocaine
4) CPB w/ tan rock substance
5) CPB w/ 26 multi colored pressed pills
6) Assorted Drug Paraphernalia (plastic bags w/ cocaine residue, "AWS" black digital scale
7) Black smell proof bag w/ 2 individual CPB containing marijuana
8) Panzer Arms, 12 gauge shotgun, Serial # BP1901222
9) S&W 45 Caliber Magazine, Magazine carrier, and .45 caliber bullets
10) CPB containing cocaine
11) 12 gauge Magazine w/ 5 rounds
12) 12 gauge Magazine w/ 5 rounds, box of 12 gauge rounds (6)
13) Taurus, Model G3C, 9mm, Serial # ACC613835
14) Magazine (from #13) loaded w/ ammo
15) CPB w/ 2 rocks crack cocaine

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 09/28/2021

*Executing officer's signature*

Stephen Rollins / HSI TFO
*Printed name and title*

# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>8045 Shiny Meadow Lane, Charlotte, North Carolina (see Attachments A and B) | ) ) ) ) ) ) ) Case No. 3:21-mj-234 |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Western_____ District of _____North Carolina_____
*(identify the person or describe the property to be searched and give its location)*:

8045 Shiny Meadow Lane, Charlotte, North Carolina (see Attachments A and B)

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Evidence listed in Attachment C hereto.

**YOU ARE COMMANDED** to execute this warrant on or before _____10/5/2021_____ *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.     ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____Hon. David C. Keesler or Hon. David S. Cayer_____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I fi
      nd that immediate notification may have an adverse result listed in 18 U.S.C.
§ 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
      ☐ for _____ days *(not to exceed 30)*     ☐ until, the facts justifying, the later specific date of  enter date                .

Signed: September 22, 2021

*[Signature]*
David C. Keesler
United States Magistrate Judge

Date and time issued: 9/22/2021 5:15 PM

City and state:     Charlotte, North Carolina            Honorable David C. Keesler, U.S. Magistrate Judge
*Printed name and title*